**RECEIVED**

**JAN 25 2024**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI United States District Court

DMAP Pro Se: EEOO Complaint

Click here to enter text.

_Jaceena Sykes_ _____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Grammer Inc._ _____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**Case No.** 1:24cv16-MPM-DAS
(To be filled out by Clerk's
Office only)

Jury Demand?
☐ Yes
☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

DMAP Pro Se: EEOO Complaint

## I. PARTIES

### Plaintiff

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:  Sykes Jacuana, T.
Name (Last, First, MI)

169 Ivywood Cove
Street Address

Lee Saltillo         MS         38866
County, City         State      Zip Code

770-940-1375              mrssykes616@gmail.com
Telephone Number         E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

**Defendant 1:**       Grammer Inc.
Name (Last, First)

231 Laney Road
Street Address

Shannon         MS         38868
County, City    State      Zip Code

Nature of business:   Employer

**Defendant 2:**
Name (Last, First)


Street Address


County, City         State         Zip Code

Nature of business:

DMAP Pro Se: EEOO Complaint

## II. CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☑ **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐ **Age Discrimination in Employment Act of 1967**, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____ .

☐ **Rehabilitation Act of 1973**, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐ **Americans with Disabilities Act of 1990**, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of a disability.

☐ Click here to enter text.

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III. STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply)*:

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☑ termination of my employment | November 11, 2022 | Grammer Inc. |
| ☐ failure to promote me | | |
| ☐ failure to accommodate my disability | | |
| ☐ terms and conditions of my employment differ from those of similar employees | | |
| ☐ retaliation | | |
| ☐ harassment | | |
| ☐ other (*specify below*): | | |

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☑ race      ☐ religion      ☐ national origin      ☐ age (year of

☐ color      ☐ sex      ☐ disability      birth:_____

**Facts**

*State here briefly the specific facts that support your claim:*

I was terminated due to job performance, but had no history of bad performance and never counseled for bad performance. The new Hispanic manager fired African American employees to then replace them with workers of Hispanic descent. See attached referendon.

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☑ Yes *(You must attach a copy of the charge to this complaint.)*

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes *(You must attach a copy of the Notice of the Right to Sue.)*

☐ No

## V. RELIEF

The relief I want the court to order is (*check only those that apply*):

☐ Direct the defendant to hire the plaintiff

☐ Direct the defendant to re-employ the plaintiff

☐ Direct the defendant to promote the plaintiff.

☐ Direct the defendant to reasonably accommodate the plaintiff's religion

☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities

☑ Direct the defendant to (*specify*):

To back pay the plaintiff for salary and other cost that have to been received since termination.

## VI. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_1/25/24_
Dated

_Jacuana Sykes_
Plaintiff's Signature

_Sykes, Jacuana, T._
Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*