**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JACUANA T. SYKES**                                                                      **PLAINTIFF**

**v.**                                                                        **No. 1:24-cv-00016-MPM-DAS**

**GRAMMAR INC.**                                                                       **DEFENDANT**

## ORDER

On May 2, 2024, Magistrate Judge David Sanders entered a Report and Recommendation [5] ("R&R") recommending the denial of the motion to proceed *in forma pauperis* [3] and giving the plaintiff fourteen days to file written objections. No such objections were filed. After reviewing the record, the Court finds that the R&R should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** That the Report and Recommendation of the United States Magistrate Judge [5] dated May 2, 2024 is **APPROVED** and **ADOPTED** as the opinion of the Court, and the plaintiff's motion [3] is **DENIED**. The plaintiff shall pay the filing costs on or before June 24, 2024. If the plaintiff fails to do so, this action shall be dismissed without prejudice.

**SO ORDERED** this the 23rd day of May, 2024.

                                                                   /s/ Michael P. Mills
                                                                   **UNITED STATES DISTRICT JUDGE**
                                                                   **NORTHERN DISTRICT OF MISSISSIPPI**